**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **PORTER DEVELOPMENT** | § | **CASE NO. 15-31305-H5-7** |
| **PARTNERS, LLC** | § | **(Lowest Number)** |
| **WB MURPHY ROAD** | § | **CASE NO. 15-31307-H3-7** |
| **DEVELOPMENT, LLC** | § | |
| **WB REAL ESTATE** | § | **CASE NO. 15-31770-H1-7** |
| **HOLDINGS, LLC** | § | |
| **WALLACE BAJJALI** | § | **CASE NO. 15-31772-H1-7** |
| **INVESTMENT FUND II, LP** | § | |

**<u>ORDER</u>**
(Relates to Docket #___)

CAME ON for consideration the Trustee's Motion for Summary Judgment on his Objections to Late-Filed Claims of the Taylor Claimants; and this Court, after reviewing the Motion and the Response of the Taylor Claimants thereto, finds that the relief requested should be granted; it is therefore

ORDERED the Trustee's Motion for Summary Judgment on his Objections to the Late-Filed Claims of the Taylor Claimants is hereby granted; it is therefore

ORDERED that the claims of the Taylor Claimants against the estates of Porter Development Partners LLC, WB Murphy Road Development Partners LLC, WB Real Estate Holdings LLC, and Wallace Bajjali Investment Fund II LP, which are not otherwise supported by documents evidencing pre-petition loans to the Debtors and on which limitations have not expired prior to the petition dates, are disallowed.

DATED: _____, 2021.

_____
HONORABLE EDUARDO RODRIQUEZ
U.S. BANKRUPTCY JUDGE

1