IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PORTER DEVELOPMENT | § | CASE NO. 15-31305-H5-7 |
| PARTNERS, LLC | § | (Lowest Number) |
| WB MURPHY ROAD | § | CASE NO. 15-31307-H3-7 |
| DEVELOPMENT, LLC | § | |
| WB REAL ESTATE | § | CASE NO. 15-31770-H1-7 |
| HOLDINGS, LLC | § | |
| WALLACE BAJJALI | § | CASE NO. 15-31772-H1-7 |
| INVESTMENT FUND II, LP | § | |

## ORDER
(Relates to Docket #__, __, __, and __ in Debtors' cases)

CAME ON for consideration the Trustee's Expedited Unopposed Motion to Abate Pre-trial Deadlines and to Schedule Hearing on his Motion for Summary Judgment; and this Court, after reviewing the motion and the record, finds that the relief requested is warranted; it is therefore

ORDERED that the pre-trial deadlines relating to the Trustee's Objections to the Late-Filed Claims of the Taylor Claimants, which are currently set in June and July 2021, are hereby canceled and abated as requested by the Trustee until further order of this Court; it is further

ORDERED that the hearing on the Trustee's Motion for Summary Judgment in these contested matters is hereby scheduled on _____, 2021, at _____.

DATED: _____, 2021.

_____
HONORABLE EDUARDO RODRIQUEZ
U.S. BANKRUPTCY JUDGE